## INDEMNITY INSURANCE CO OF NORTH AMERICA v KIRCHER

Ohio Appeals, 4th Dist, Athens Co

Decided March 3, 1934

Phil S. Bradford, Columbus, and John W. Bolin, Athens, for plaintiff in error.

A. B. Wells, Athens, for defendant in error.

For full opinion see 40 OLR 202; 191 NE 374; 47 Oh Ap 140.